UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY FRIEDMAN and ROBIN FRIEDMAN,

    Plaintiffs,

v.

Case No: 6:22-cv-939-RBD-RMN

ACE INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediation Report filed on September 14, 2023 (Doc. 33), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 15, 2023.

ROY B. DALTON, JR.
United States District Judge